IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | : | |
| | : | |
| Plaintiff, | | Case No. 2:04-cv-935 |
| | : | |
| v. | | Judge Marbley |
| | : | |
| Gary King, | | Magistrate Judge Abel |
| | : | |
| Defendant. | : | |

**Order**

Plaintiff DIRECTV, Inc. ("DIRECTV") brings this action under the Federal Communications Act of 1934 ("FCA"), 47 U.S.C. § 605, and the Electronic Communications Privacy Act ("ECPA"), 18 U.S.C. § 2510 et seq. This matter is before the Court on DIRECTV's January 31, 2005 motion for default judgment against King (doc. 8). A hearing was held on March 11, 2005 regarding plaintiff's motion for default judgment; defendant Gary King failed to appear, and he has not filed objections to Magistrate Judge Abel's March 16, 2005 Report and Recommendation that plaintiff DIRECTV's motion for default judgment be granted.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** plaintiff DIRECTV's motion for default judgment.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for plaintiff DIRECTV and against defendant Gary King in the amount of $11,058.00.  This action is hereby **DISMISSED.**

   s/Algenon L. Marbley
Algenon L.  Marbley
United States District Judge